**FILED**
DEC 14 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   MICHAEL MCGEEHAN TUCKER

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                           CASE NO. A05-0099-4CR (JWS)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 14, 2005

**Arraignment** on the Superseding Indictment in the above-captioned case is hereby set for **Thursday, January 19, 2006, at 10:30 a.m.** before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

cnsl t/c notified 12/14/05

A05-0099--CR (JWS)   ͡m 12-14-05

✓ RANDALL (AUSA)
✓ US MARSHAL
✓ US PROBATION
✓ def w/USM cy

{ }{ARRAIGNR.WPD*Rev.3/97}

23