

FILED
DEC 19 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   MICHAEL MCGEEHAN TUCKER

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                                CASE NO. A05-0099-4CR (JWS)

Dan Maus

**\*\* A M E N D E D \*\***
PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 19, 2005

**ARRAIGNMENT** on the Superseding Indictment in the above-captioned case is hereby set for **Wednesday, December 28, 2005, at 11:00 a.m.** before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

A05-0099--CR (JWS)        ᴏɴ  12-19-05

✓ R. RANDALL (AUSA)
✓ US MARSHAL
✓ US PROBATION
✓ def w/USM cy

[]{ARRAIGNR.WPD*Rev.3/97}                                    27