IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>JASMINE DANIELLE HOLLIMAN, SARAH ROSE NOBLE, HILARY JEANETTE PATTERSON, and **MICHAEL McGEEHAN TUCKER**,<br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: A05-099 Cr. (JWS) |

## ENTRY OF APPEARANCE

COMES NOW David R. Weber, of the firm of Vasquez & Weber, P.C., and makes this, his Entry of Appearance as counsel on behalf of Michael McGeehan Tucker. The parties and the Court are respectfully requested to serve electronic copies of all pleadings and notices upon counsel at the e-mail address of record.

Respectfully submitted this 6th day of January 2006 (*nunc pro tunc 12/28/05*).

              Vasquez & Weber, P.C.
              Attorneys for Frank Michael McGeehan Tucker

              _____
              S.S.: David R. Weber,
              Ak. Bar Assn. No. 8409083

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122 FACSIMILE (907) 279-9123