DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-099-4-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | <u>MOTION FOR BAIL REVIEW</u> |
| | ) | |
| MICHAEL MCGEEHAN TUCKER, | ) | FILED ON SHORTENED TIME |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through counsel, and respectfully requests the Court to set an expedited bail hearing in this matter. Concerns have been raised by the United States Probation and Pretrial Services Office as to the Defendant's compliance with his bail conditions.  The government will be

requesting that the defendant be required to complete an alcohol and substance abuse assessment, and to follow any treatment recommendations.

DATED at Anchorage, Alaska, this 14th day of February, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/Retta-Rae Randall
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2006,
a copy of the foregoing **MOTION FO R
BAIL REVIEW** was served electronically on:

David R. Weber

and  via fax, on:

Chris Liedike, U.S. Probation/Pretrial Services Officer

s/ Retta-Rae Randall