IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-099-4-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER FOR BAIL HEARING |
| | ) | |
| MICHAEL MCGEEHAN TUCKER, | ) | |
| | ) | |
| Defendant. | ) | |

Having considered the Motion filed by the United States, a Bail Hearing is now set for _____, 2006, at _____.

IT IS SO ORDERED.

DATED this ____ day of February, 2005, at Anchorage, Alaska.


_____
UNITED STATES MAGISTRATE JUDGE