MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

UNITED STATES v. MICHAEL McGEEHAN TUCKER

Case No. *3:05-cr-00099-04-JWS-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

**MINUTE ORDER FROM CHAMBERS**

**RE: Motion for Bail Review, Docket No. 76**

Government's motion filed on shortened time for an expedited bail hearing is hereby GRANTED. The bail review hearing is hereby scheduled for **Wednesday**, **February 15, 2006 at 3:30 p.m. in Courtroom No. 6.** The clerk shall telephonically notice parties of record.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

February 14, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-05-cr-00099-JWS-JDR TUCKER @76 Mtn for Bail Review.wpd