AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
MAR 0 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V.

MICHAEL M. TUCKER

**WARRANT FOR ARREST**

CASE NUMBER: 3:05-CR-00099-4 (JWS)

FID#: 1131450
WAR#: 0606-0586-0565 B

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MICHAEL M. TUCKER and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [X] Order of Court  [ ] Violation  [ ] Probation Violation Petition

charging him or her with (brief description of offense):
**VIOLATION OF PRETRIAL RELEASE CONDITIONS**

in violation of Title  United States Code, Section(s)

Ida Romack
Name of Issuing Officer

by _____ Deputy Clerk
Signature of Issuing Officer

Bail Fixed at $ to be determined

Clerk of Court
Title of Issuing Officer

March 3, 2006, at Anchorage, Alaska
Date and Location

by Magistrate Judge John D. Roberts

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: Anchorage, AK

| DATE RECEIVED 3/3/06 | NAME AND TITLE OF ARRESTING OFFICER Rochelle Liedike, Deputy US Marshal | SIGNATURE OF ARRESTING OFFICER Rochelle Liedike |
|---|---|---|
| DATE OF ARREST 3/3/06 | | |