(Rev 10/05)

## LIST OF EXHIBITS

---

Case No. 3:05-cr-00099-01-JWS Magistrate Judge/Judge: John D Roberts

Title U.S.A.

vs. Michael McGeehan Tucker

Dates of Hearing/Trial: March 8, 2006

Deputy Clerk/Recorder: April Kaiper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Retta-Rae Randall | David Weber |
| | |
| | |

------------------------------EXHIBITS------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | | Pretrial Release Order 3rd Supplemental | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |