**RITE, INC. CONSENT FOR RELEASE OF**
**CONFIDENTIAL ALCOHOL AND/OR DRUG INFORMATION**

I, _____, authorize

(1) RITE, Inc. of 301 E. Fireweed Lane, Ste. 102, Anchorage, AK 99503, and

(2) _____

to communicate with and disclose to one another the following information:

**(Check each category that applies)**

 _____ my name and other personal identifying information;
 _____ my status as a client;
 _____ urinalysis dates and results
 _____ assessment results -- diagnosis(es) and recommendations
 _____ summary of treatment plan, and compliance;
 _____ attendance;
 _____ date of admission, date of discharge and discharge status;
 _____ discharge summary;
 _____ my medical history and prescription drug history;
 _____ educational and training related information;
 _____ other: Any other information that will assist in coordinating services between the agencies.

 **The purpose of the disclosure authorized in this consent is to:**
Coordinate services between the above named agencies; to enable the agencies to exchange the information necessary to complete my assessment and/or develop a treatment plan and/or possible referral to other facility.

I understand that my alcohol and/or drug treatment records are protected under the Federal Regulations governing Confidentiality of Alcohol and Drug Abuse Patient Records, 42 C.F.R. Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. parts 160 and 164, and cannot be disclosed without my written consent unless otherwise provided for by the regulations. I also understand that I may revoke this consent in writing at any time except to the extent that action has been taken in reliance on it, and that in any event this consent expires automatically as follows:

 _____
 (Specification of the date, event or condition upon which this consent expires)

I understand that generally RITE, Inc. may not condition my treatment on whether I sign a consent form, but that in certain limited circumstances I may be denied treatment if I do not sign a consent form.

Dated: _____

 _____
 Signature of Patient

 _____
 Signature of parent, guardian or authorized
 Representative where required

Exhibit B
page 1 of 1