(Rev 3/06)

# LIST OF EXHIBITS

---

Case No. 3:05-cr-00099-04-JWS    Magistrate Judge: **JOHN D. ROBERTS**

Title        U.S.A.

vs.

Michael McGeehan Tucker

Dates of Hearing/Trial:    March 10, 2006, march 15, 2006

Deputy Clerk/Recorder:    April Karper / Robin Carter

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Retta-Rae Randall | David Weber |
| | |
| | |

--------EXHIBITS--------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 3/10/06 | Report pretrial Release Violation | A | ✓ | 3/10/06 | Release |
| 2 | ✓ | | confidential bail recommendation | B | ✓ | 3/10/06 | Release |
| 3 | ✓ | | chronology field notes | C | ✓ | | Regulations |
| 4 | ✓ | | test results | D | ✓ | 3/15/06 | testing papers |
| 5 | ✓ | | Calender | E | ✓ | 3/15/06 | federal register |