# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

MAR 16 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # _____   U.S. District Court # A05-99-04 JKS UL

Short Case Title __U.S. v. Hollimon__

Date Notice of Appeal Filed by Clerk of District Court __NA__

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 12/28/05 | | VOIR DIRE |
| 2/15/06 | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | ~~PRE-TRIAL PROCEEDINGS~~ (circled) |
| | | (OTHER) - Bail |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s)*.

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(✓) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __3/16/06__   Estimated Date for Completion _____

Signature of Attorney __[signature]__   Phone Number __(907) 279-9122__

Address __943 W. 6th Ste 132__
__Anch., AK. 99501__

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).
    Approximate Number of Pages _____   Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____   Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)