DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05-CR-099-04-JWS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **UNITED STATES' PROPOSED** |
| ) | **JURY INSTRUCTIONS** |
| MICHAEL McGEEHAN TUCKER, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Plaintiff United States of America, by and through Deborah M. Smith, Acting

United States Attorney for the District of Alaska, and Retta-Rae Randall, Assistant

U.S. Attorney, requests that the Court instruct the jury in accordance with the

following list of jury instructions from the Ninth Circuit Manual of Model Jury Instructions, Criminal, (2003 Edition), unless otherwise indicated, as well as those, if any, to be submitted under separate cover:

**Preliminary Instructions:**

    1.1    Duty of Jury

    1.2    The Charge - Presumption of Innocence

    1.3    What Is Evidence

    1.4    What is Not Evidence

    1.5    Evidence for Limited Purpose

    1.6    Direct and Circumstantial Evidence

    1.7    Ruling on Objections

    1.8    Credibility of Witnesses

    1.9    Conduct of the Jury

    1.10    No Transcript Available to Jury

    1.11    Taking Notes

    1.12    Outline of Trial

**Instructions In The Course Of Trial:**

    2.1    Cautionary Instruction - First Recess

    2.2    Bench Conferences and Recesses

2.10         Other Crimes, Wrongs or Acts Evidence

2.13         Disposition of Charge Against Codefendant

**Instructions At End Of Case:**

3.1          Duties of Jury to Find Facts and Follow Law

3.2          Charge Against Defendant Not Evidence - Presumption of Innocence - Burden of Proof

3.3          Defendant's Decision Not to Testify

3.4          Defendant's Decision to Testify

3.5          Reasonable Doubt - Defined

3.6          What is Evidence

3.7          What is Not Evidence

3.8          Direct and Circumstantial Evidence

3.9          Credibility of Witnesses

3.10         Evidence of Other Acts of Defendants or Acts and Statements of Others

3.11         Activities Not Charged

3.12         Separate consideration of Multiple Counts - Single Defendants

**Considerations Of Particular Evidence**

4.3          Other Crimes, Wrongs or Acts of Defendant

| | |
|---|---|
| 4.9 | Testimony of Witnesses Involving Special circumstances - Immunity, Benefits, Accomplice, Plea |
| 4.19 | Charts and Summaries in Evidence |

**Responsibility:**

| | |
|---|---|
| 5.1 | Aiding and Abetting |
| 5.6 | Knowingly - Defined |

**Jury Deliberations:**

| | |
|---|---|
| 7.1 | Duty to Deliberate |
| 7.2 | Consideration of Evidence |
| 7.3 | Use of Notes |
| 7.4 | Jury Consideration of Punishment |
| 7.5 | Verdict Form |
| 7.6 | Communication with Court |

**Specific Offense Instructions:**

| | |
|---|---|
| 8.16 | Conspiracy – Elements |
| 818 | Conspiracy - Knowing of and Association With Other Conspirators |

  8.158  Interstate Transportation of Stolen Property (18 U.S.C. § 2314)

  RESPECTFULLY SUBMITTED this 1st day of May, 2006, in Anchorage, Alaska.

          DEBORAH M. SMITH
          Acting United States Attorney


          s/ Retta-Rae Randall
          Assistant U.S. Attorney
          Federal Building & U.S. Courthouse
          222 West Seventh Avenue, #9
          Anchorage, Alaska  99513-7567
          Phone: (907) 271-5071
          Fax: (907) 271-1500
          E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2006, a copy of the foregoing was served electronically on David R. Weber.

s/Retta-Rae Randall