IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>              Plaintiff,         )<br>                                 )<br>         vs.                     )<br>                                 )<br>JASMINE DANIELLE HOLLIMAN,       )<br>SARAH ROSE NOBLE, HILARY         )<br>JEANETTE PATTERSON, and          )<br>**MICHAEL McGEEHAN TUCKER**,     )<br>                                 )<br>              Defendants         ) | Case No.: A05-099 Cr. (JWS) |

## **DEFENDANT'S PROPOSED JURY INSTRUCTIONS**

COMES NOW Michael Tucker, by and through counsel David R. Weber, of the firm of Vasquez & Weber, P.C., and submits these, his Proposed Jury Instructions. Mr. Tucker requests the Court to provide the trial jury with Ninth Circuit Manual of Model Jury Instructions, Criminal, from the Ninth Circuit's website (http://www.ce9.uscourts.gov).

Mr. Tucker's request closely mirrors the Government's, with several exceptions. First, Mr. Tucker is not requesting the "other bad acts" instructions as Mr. Tucker does not think any such acts should be offered. If offered, the Court should not emphasize them by drawing attention to them in three separate instructions. (2.10, 3.10, 3.11 and 4.3).[1] Second, Mr. Tucker requests that 6.8, "Intoxication-Diminished Capacity" be given. Third, Mr. Tucker requests that 8.17, "Multiple Conspiracies" be given.

Finally, Mr. Tucker requests that the Court fashion an instruction informing the jury that it may not convict Mr. Tucker of alleged criminal activity occurring

---

[1] In addition to drawing undue attention to the "acts," the first and last model instructions have the Court commenting on the evidence, speaking of the acts as having actually occurred, a likely point of dispute.

Vasquez & Weber, P.C.
943 West Sixth Avenue, Suite 132
Anchorage, Alaska 99501
(907) 279-9122    Facsimile (907) 279-9123

during his minority. During approximately half of the period of the conspiracy alleged by the Government, Mr. Tucker was under eighteen years of age.

Thus, placed in numerical and section order, Mr. Tucker's request encompasses the following:

**Preliminary Instructions:**

    1.1    Duty of Jury

    1.2    The Charge - Presumption of Innocence

    1.3    What Is Evidence

    1.4    What is Not Evidence

    1.5    Evidence for Limited Purpose

    1.6    Direct and Circumstantial Evidence

    1.7    Ruling on Objections

    1.8    Credibility of Witnesses

    1.9    Conduct of the Jury

    1.10    No Transcript Available to Jury

    1.11    Taking Notes

    1.12    Outline of Trial

**Instructions In The Course Of Trial:**

    2.1    Cautionary Instruction - First Recess

    2.2    Bench Conferences and Recesses

    2.13    Disposition of Charge Against Codefendant

**Instructions At End Of Case:**

    3.1    Duties of Jury to Find Facts and Follow Law

    3.2    Charge Against Defendant Not Evidence - Presumption of Innocence - Burden of Proof

Vasquez & Weber, P.C.
943 West Sixth Avenue, Suite 132
Anchorage, Alaska 99501
(907) 279-9122    Facsimile (907) 279-9123

3.3  Defendant's Decision Not to Testify

3.4  Defendant's Decision to Testify

3.5  Reasonable Doubt - Defined

3.6  What is Evidence

3.7  What is Not Evidence

3.8  Direct and Circumstantial Evidence

3.9  Credibility of Witnesses

3.10 Evidence of Other Acts of Defendants or Acts and Statements of Others

3.12 Separate consideration of Multiple Counts - Single Defendants

**Considerations Of Particular Evidence:**

4.9  Testimony of Witnesses Involving Special circumstances - Immunity, Benefits, Accomplice, Plea

**Responsibility:**

5.1  Aiding and Abetting

5.6  Knowingly – Defined

**Specific Defenses:**

6.8  Intoxication-Diminished Capacity

**Jury Deliberations:**

7.1  Duty to Deliberate

7.2  Consideration of Evidence

7.3  Use of Notes

7.4  Jury Consideration of Punishment

7.5  Verdict Form

7.6  Communication with Court

Vasquez & Weber, P.C.
943 West Sixth Avenue, Suite 132
Anchorage, Alaska 99501
(907) 279-9122  Facsimile (907) 279-9123

**Specific Offense Instructions:**

8.16   Conspiracy – Elements

8.17   Multiple Conspiracies

8.18   Conspiracy - Knowing of and Association With Other Conspirators

8.158 Interstate Transportation of Stolen Property (18 U.S.C. § 2314)

Respectfully submitted this 2nd day of May 2006.

>Vasquez & Weber, P.C.
>Attorneys for Michael Tucker
>S/: David R. Weber,
>943 West 6th Ste. 132
>Anchorage, Alaska 99502
>(907) 279-9122/9123 fax
>vw.law@acsalaska.net
>Ak. Bar Assn. No. 8409083

CERTIFICATE OF SERVICE

I certify that on May 2, 2006 electronic service of a copy of Defendant's Proposed Jury Instructions was provided to the Court for all counsel of record pursuant to Criminal Rule 49(b), Civil Rule 5(b)(2)(D) and Local Rules 5, 5.1(a) and 5.2(c)(2).

>S/: David R. Weber

Vasquez & Weber, P.C.
943 West Sixth Avenue, Suite 132
Anchorage, Alaska 99501
(907) 279-9122   Facsimile (907) 279-9123