IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                            )<br>            Plaintiff,             )<br>                                            )<br>    vs.                                   )<br>                                            )<br>JASMINE DANIELLE HOLLIMAN, )<br>SARAH ROSE NOBLE, HILARY )<br>JEANETTE PATTERSON, and     )<br>**MICHAEL McGEEHAN TUCKER**, )<br>                                            )    Case No.: A05-099 Cr. (JWS)<br>            Defendants           | |

## **DEFENDANT'S PROPOSED VOIR DIRE**

COMES NOW Michael Tucker, by and through counsel David R. Weber, of the firm of Vasquez & Weber, P.C., and submits these, his Proposed Voir Dire. Mr. Tucker requests the Court inquire of the prospective jurors as follows:

1. The Government may call a defendant named Jasmine Danielle Holliman in this case. Do you know, or are you acquainted with Ms. Holliman or any member of her family?

    a. If so, what is the nature of the relationship? Is it a close relationship?

    b. Would the relationship tend to make you feel sympathetic toward her?

    c. Would the relationship tend to make you feel sympathetic toward Mr. Tucker?

2. The Government may call a defendant named Hilary Jeanette Patterson in this case. Do you know, or are you acquainted with Ms. Patterson or any member of her family?

    a. If so, what is the nature of the relationship? Is it a close relationship?

    b. Would the relationship tend to make you feel sympathetic toward her?

**Vasquez & Weber, P.C.**
943 West Sixth Avenue, Suite 132
Anchorage, Alaska 99501
(907) 279-9122   Facsimile (907) 279-9123
vw.law@acsalask.net

     c.    Would the relationship tend to make you feel sympathetic toward Mr. Tucker?

3. The Government may call a defendant named Sarah Rose Noble in this case. Do you know, or are you acquainted with Ms. Nobel or any member of her family?

     a.    If so, what is the nature of the relationship? Is it a close relationship?

     b.    Would the relationship tend to make you feel sympathetic toward her?

     c.    Would the relationship tend to make you feel sympathetic toward Mr. Tucker?

4. Have any of you had an experience in commodities trading? If so, please describe your experience and level of expertise.

5. The Government has accused Mr. Tucker of conspiring with three women. Do any of you believe that Mr. Tucker's being male makes him more or less culpable in such a situation? If so, please tell me what you think and how you have come to hold that opinion.

6. Mr. Tucker has a right to confront and cross-examine the witnesses against him. That would include the women. Do any of you believe that women shouldn't have to be cross-examined or would you punish Mr. Tucker for cross-examining a woman? If so, please tell me what you think and how you have come to hold that opinion.

7. Have you, a member of your family or close friends ever worked for a lawyer who prosecutes criminal cases?

     a.    Who is the lawyer?

     b.    Is it possible that might affect your ability to be open-minded and fair in this case?

**Vasquez & Weber, P.C.**
943 West Sixth Avenue, Suite 132
Anchorage, Alaska 99501
(907) 279-9122   Facsimile (907) 279-9123
vw.law@acsalaska.net

8. Have you, a member of your family or close friends ever worked for a law enforcement agency?

    a. Who?

    b. What is the name of the Agency?

    c. Is it possible that might affect your ability to be open-minded and fair in this case?

9. Have you, a member of your family or close friends ever worked for, belonged to or provided financial support to a Victim's Rights organization?

    a. Who?

    b. What is the name of the organization and the nature of the involvement?

    c. Is it possible that might affect your ability to be open-minded and fair in this case?

10. Have you, or a member of your family, or any friend, ever accused anyone of a crime?

    a. If so, what happened?

    b. What was the disposition of the case?

    c. Is it possible that might affect your ability to be open-minded and fair in this case?

Respectfully submitted this 2nd day of May 2006.

> Vasquez & Weber, P.C.
> Attorneys for Michael Tucker
> S/: David R. Weber,
> 943 West 6th Ste. 132
> Anchorage, Alaska 99502
> (907) 279-9122/9123 fax
> vw.law@acsalaska.net
> Ak. Bar Assn. No. 8409083

Vasquez & Weber, P.C.
943 West Sixth Avenue, Suite 132
Anchorage, Alaska 99501
(907) 279-9122    Facsimile (907) 279-9123
vw.law@acsalaska.net

CERTIFICATE OF SERVICE

I certify that on May 2, 2006 electronic service of a copy of Defendant's Proposed Voir Dire was provided to the Court for all counsel of record pursuant to Criminal Rule 49(b), Civil Rule 5(b)(2)(D) and Local Rules 5, 5.1(a) and 5.2(c)(2).

                                              S/: David R. Weber

**Vasquez & Weber, P.C.**
943 West Sixth Avenue, Suite 132
Anchorage, Alaska 99501
(907) 279-9122    Facsimile (907) 279-9123
vw.law@acsalaska.net