DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>                     Plaintiff,          )<br>                                                              )<br>vs.                                                       )<br>                                                              )<br>MICHAEL McGEEHAN TUCKER,  )<br>                                                              )<br>                     Defendant.       )<br>                                                              )<br>_____)  | No. 3:05-CR-099-04-JWS<br><br>**UNITED STATES' PROPOSED<br>SUPPLEMENTAL JURY<br>INSTRUCTIONS** |

Plaintiff United States of America, by and through Deborah M. Smith, Acting United States Attorney for the District of Alaska, and Retta-Rae Randall, Assistant U.S. Attorney, requests that the Court instruct the jury in accordance with the attached supplemental jury instructions:

**PLAINTIFF'S PROPOSED SUPPLEMENTAL JURY INSTRUCTION #1**

COURT'S INSTRUCTION NO. _____

"Value" means the face, par, or market value, whichever is the greatest and the aggregate value of all goods, wares, and merchandise, securities , and money referred to in a single indictment shall constitute the value thereof.

Title 18 U.S.C. § 2311

**PLAINTIFF'S PROPOSED SUPPLEMENTAL JURY INSTRUCTION #2**

COURT'S INSTRUCTION NO. _____

You may find that the defendant acted knowingly if you find beyond a reasonable doubt that the defendant was aware of a high probability that the coins were stolen and deliberately avoided learning the truth.

You may not find such knowledge, however, if you find that the defendant actually believed that the coins were not stolen, or if you find that the defendant was careless.

5.7 Ninth Circuit Manual of Model Jury Instructions Criminal (2003)

RESPECTFULLY SUBMITTED this 9th day of May, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

 s/ Retta-Rae Randall
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2006, a copy of the foregoing was served electronically on David Weber.

s/Retta-Rae Randall