IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                               )<br>              Plaintiff,                          )<br>                                                               )<br>      vs.                                               )<br>                                                               )<br>JASMINE DANIELLE HOLLIMAN,      )<br>SARAH ROSE NOBLE, HILARY           )<br>JEANETTE PATTERSON, and            )<br>**MICHAEL McGEEHAN TUCKER**,   )<br>                                                               )<br>              Defendants                        ) | Case No.: A05-099 Cr. (JWS) |

## **ORDER GRANTING JUDGMENT OF ACQUITTAL AND A NEW TRIAL**

FOR GOOD CAUSE SHOWN, and after having considered the submissions and arguments of counsel, it is hereby ORDERED that a verdict of acquittal is entered as to Michael Tucker on Count I of the Indictment.

FURTHER ORDERED that Mr. Tucker's Motion For a New Trial is hereby Granted.

So Ordered this ___ day of _____ 2006.

 

_____
Honorable John W. Sedwick
United States District Court Judge

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122    FACSIMILE (907) 279-9123
VW.LAW@ACSALASKA.NET