(Rev 5/06)                                    **LIST OF EXHIBITS**

---

Case No. 3:05-cr-00099-04-JWS                Judge: **JOHN W. SEDWICK**

Title     United States of America
vs.
          Michael McGeehan Tucker

Dates of Hearing/Trial:    May 8, 2006 thru

Deputy Clerk/Recorder: *April Kayser*

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Retta-Rae Randall | David R. Weber |
| *[signature]* | *[signature]* |
| 5/10/06 | 5/10/06 |

---------EXHIBITS---------

| **PLAINTIFF** | | | | **DEFENDANT** | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 5/8/06 | Express Mail Receipt | A | ✓ | | List of Purchases |
| 2 | ✓ | 5/8/06 | Checks to Ms. Pattison from Rust Coin & Gift Shop | B | ✓ | | Report Det. Bronkhorst |
| 3 | ✓ | 5/8/06 | Maple Leaf Coin | C | ✓ | | Void Log |
| 4 | ✓ | 5/8/06 | Gold Eagle Coin | D | ✓ | | Interview w/FBI may 4, 2005 |
| 5 | ✓ | 5/8/06 | Coin Containers | E | ✓ | | Agent Bronkhorst Report |
| 6 | ✓ | 5/8/06 | Oxford Check to Tucker | F | ✓ | 5/9/06 | Ms. Hollimons Plea Agreement |
| 7 | ✓ | 5/8/06 | Oxford Invoice | G | ✓ | | 7/10/06 Report of meeting w/Special Agent Bronkhorst |
| 8 | ✓ | 5/8/06 | Oxford Void Invoice | H | ✓ | | 4/20/06 Report of Special Agent Jones |
| 9 | ✓ | 5/8/06 | Work Schedule - Calendar | I | ✓ | | List of sales from Sarah Nobel |
| 10 | ✓ | 5/9/06 | Jasmine Hollimon Wells Fargo Statement of Account | J | ✓ | 5/9/06 | Mr. Tucker Birth Certificate |
| 11 | ✓ | 5/9/06 | Statement of Wells Fargo Declaration | | | | |

Continuation
List of Exhibits

Page: 2

| Case No: 3:05-cr-00099-04-JWS | | | Judge: JOHN W. SEDWICK | | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 12 | ✓ | 5/9/06 | Wells Fargo Declaration | | | | |
| 13 | ✓ | 5/9/06 | American Precious Metal, Inc. Invoice/check and | | | | |
| 14 | ✓ | 5/9/06 | Mr. Tucker Arizona Drivers license | | | | |
| 15 | ✓ | 5/9/06 | Express Mail Receipt | | | | |
| 16 | ✓ | 5/9/06 | Mr. Tucker Alaska Drivers license | | | | |