UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| Plaintiff,    ) | 3:05-cr-00099 JWS |
| vs.    ) | |
| MICHAEL McGEEHAN TUCKER,    ) | VERDICT - Count 1 |
| Defendant.    ) | |

We, the jury in the above-captioned case, find defendant **MICHAEL McGEEHAN TUCKER** [not guilty / guilty] __GUILTY__ of conspiracy in violation of Title 18 United States Code, Section 317, as charged in Count 1 of the First Superceding Indictment.

DATED this __15__ day of May 2006.

__REDACTED SIGNATURE__
JURY FOREPERSON