UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 3:05-cr-00099 JWS |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL McGEEHAN TUCKER, ) | VERDICT - Count 2 |
| ) | |
| Defendant. ) | |

We, the jury in the above-captioned case, find defendant **MICHAEL McGEEHAN TUCKER** [not guilty / guilty] _Not Guilty_ of interstate transportation of stolen property in violation of Title 18 United States Code, Section 2 and Section 2314, as charged in Count 4 of the First Superceding Indictment.

DATED this _15_ day of May 2006.

REDACTED SIGNATURE
JURY FOREPERSON