IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

1

2 UNITED STATES OF AMERICA, )
)
3 Plaintiff, )
)
4 vs. )
JASMINE DANIELLE HOLLIMAN, )
5 SARAH ROSE NOBLE,  HILARY )
JEANETTE PATTERSON, and )
6 **MICHAEL McGEEHAN TUCKER**, )
) Case No.: A05-099 Cr. (JWS)
7 Defendants )

8 ## NON OPPOSED MOTION TO MODIFY BAIL CONDITIONS

9      COMES NOW Michael Tucker, by and through counsel David R. Weber, of

10 the firm of Vasquez & Weber, P.C., and submits this, his Non Opposed Motion To

11 Modify Bail Conditions.  Mr. Tucker requests the Court enter an Order granting

12 Mr. Tucker's release to a "half way house" (e.g. Cordova, etc.) pending sentencing.

13 The Court is requested to allow Mr. Tucker to seek and secure employment while

14 so housed.

15      This motion is non-opposed by the Federal Pretrial Services Officer and

16 Assistant United States Attorney Retta Rae Randall.  Mr. Tucker is currently

17 remanded to the Anchorage Jail Complex and has been so housed since March 6,

18 2006 (e.g. 74 days of actual incarceration as of May 19, 2006).

19      Respectfully submitted this 19th day of May 2006.

20                          Vasquez & Weber, P.C.
                         Attorneys for Michael Tucker
21                          S/: David R. Weber,
                         943 West 6th Ste. 132
22                          Anchorage, Alaska 99502
                         (907) 279-9122/9123 fax
23                          vw.law@acsalaska.net
                         Ak. Bar Assn. No. 8409083
24

25

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122     FACSIMILE (907) 279-9123
VW.LAW@ACSALASKA.NET



CERTIFICATE OF SERVICE

I certify that on May 19, 2006 electronic service of a copy of this Non Opposed Motion To Modify Bail Conditions and a proposed order were provided to the Court for all counsel of record pursuant to Criminal Rule 49(b), Civil Rule 5(b)(2)(D) and Local Rules 5, 5.1(a) and 5.2(c)(2).

S/: David R. Weber

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122    FACSIMILE (907) 279-9123
VW.LAW@ACSALASKA.NET