

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>       Plaintiff(s),          )<br>                              )  Case No. 3:05-cr-00099-04-JWS<br>v.                            )<br>                              )  **EXHIBIT INVENTORY AND**<br>MICHAEL MCGEEHAN TUCKER,      )  **DISPOSITION NOTICE**<br>                              )<br>       Defendant(s).          )<br>_____) | |

Plaintiff:

Defendant:   MICHAEL MCGEEHAN TUCKER

exhibits listed below:

Defendant's exhibits F and J

Returned to David Weber by pick-up.

DATED this 17th day of May, 2006 at Anchorage, Alaska.

                              IDA ROMACK
                              Clerk of Court

                              by: _____
                                  Deputy Clerk

___ Certifed Mail Receipt Attached

X   Picked up by _____
                  (Signature and Date)
                              5-18-06

(Rev 5/06)