**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>          Plaintiff,                )<br>                                    )    Case No. 3:05-CR-00099-04-JWS<br>v.                                  )<br>                                    )<br>MICHAEL MCGEEHAN TUCKER,            )<br>                                    )<br>          Defendant.                )<br>_____) | |

**JUDGMENT OF DISCHARGE**

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

     _X_   The jury has returned its verdict, finding the defendant NOT GUILTY of the offense of Interstate Transportation Of Stolen Property as charged in count 4 of the First Superseding Indictment.

     **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged.

     **DATED** at Anchorage, Alaska, this 18th day of May 2006.

                                                     **REDACTED SIGNATURE**
                                                   JOHN W. SEDWICK
                                                   United States District Judge

[JudgmentDischarge.frm]{DISCHARG.WPD*Rev.07/03}