**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   MICHAEL MCGEEHAN TUCKER

THE HONORABLE JOHN W. SEDWICK   CASE NO.   3:05-cr-00099-04-JWS

Deputy Clerk                Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

At docket 152, defendant Michael M. Tucker's moves for release from incarceration into residence at a community corrections center. The motion is not opposed by plaintiff nor by the United States Probation Service. Upon examination, the court concludes that the motion has merit.

The motion at docket 152 is **GRANTED** as follows: Defendant Michael M. Tucker shall be released to a local community corrections center SUBJECT TO all the terms and conditions set by the magistrate judge in his order at docket 47 which is incorporated by this reference PLUS the additional condition (7)(m) which requires defendant Tucker to maintain residence at a community corrections center (with release for seeking work and actually working). Defendant Tucker shall be released on the earliest date when the Probation Service has determined that there is a bed available at the community corrections center and this court has signed a release order. The Clerk will please present this court with a release order to sign upon notification by the probation officer that there is space available at the community corrections center.

DATE:  May 22, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]