IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>JASMINE DANIELLE HOLLIMAN,<br>SARAH ROSE NOBLE, HILARY<br>JEANETTE PATTERSON, and<br>**MICHAEL McGEEHAN TUCKER**,<br><br>           Defendants | Case No.: A05-099 Cr. (JWS) |

## **NOTICE OF LODGING**

COMES NOW Michael Tucker, by and through counsel David R. Weber, of the firm of Vasquez & Weber, P.C., and pursuant to this Court's directive of this date, files this Notice of Lodging. Mr. Tucker herby gives notice of his lodging a corrected proposed Order Modifying Bail Conditions.

Respectfully submitted this 22nd day of May 2006.

           Vasquez & Weber, P.C.
           Attorneys for Michael Tucker
           S/: David R. Weber,
           943 West 6th Ste. 132
           Anchorage, Alaska 99502
           (907) 279-9122/9123 fax
           vw.law@acsalaska.net
           Ak. Bar Assn. No. 8409083

CERTIFICATE OF SERVICE

I certify that on May 22, 2006 electronic service of a copy of this Notice of Lodging and a revised proposed order were provided to the Court for all counsel of record pursuant to Criminal Rule 49(b), Civil Rule 5(b)(2)(D) and Local Rules 5, 5.1(a) and 5.2(c)(2).

           S/: David R. Weber

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122    FACSIMILE (907) 279-9123
VW.LAW@ACSALASKA.NET