IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                )<br>                     Plaintiff,             )<br>                                                                )<br>         vs.                                               )<br>                                                                )<br>JASMINE DANIELLE HOLLIMAN,   )<br>SARAH ROSE NOBLE, HILARY         )<br>JEANETTE PATTERSON, and           )<br>**MICHAEL McGEEHAN TUCKER**,   )<br>                                                                )<br>                     Defendants              ) | Case No.: A05-099 Cr. (JWS) |

## **PROPOSED**
## **ORDER MODIFYING BAIL CONDITIONS**

FOR GOOD CAUSE SHOWN, and after having considered the submissions and arguments of counsel, it is hereby ORDERED that Mr. Tucker's Non Opposed Motion To Modify Bail Conditions is GRANTED. Mr. Tucker shall be released to a "half way house" under the auspices of the Federal Pretrial Services Office, subject to the terms and conditions said office and the "half way house" may impose.

FURTHER ORDERED that Mr. Tucker shall be allowed to seek and secure employment while so housed.

So Ordered this ____ day of _____ 2006.

_____
Honorable John W. Sedwick
United States District Court Judge

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123
VW.LAW@ACSALASK.NET