UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,      )
                               )
         Plaintiff,            )
                               )   CASE NO. 3:05-cr-00099-04-JWS
v.                             )
                               )   **RELEASE ORDER**
MICHAEL MCGEEHAN TUCKER,       )
                               )
         Defendant.            )
_____)

TO:   UNITED STATES MARSHAL

   Defendant, Michael McGeehan Tucker, has this date met the bail conditions indicated below and is ordered discharged from custody.

__XX__   Released to U.S. Pre-Trial Services for transportation and transported to local community corrections center, Cordova Center.

_____   Paid cash bail in the amount of   to the Clerk of Court;

_____   Posted unsecured bond in the amount of ;

_____   Posted bond secured by property or surety in the amount of with the Clerk of Court;

_____   Surrendered passport to the Clerk of Court;

__XX__   Other - Released subject to compliance with terms and conditions set by magistrate judge in the order at docket 47 plus the additional condition requiring Defendant Tucker to maintain residence at Cordova Center (with release for seeking work and actually working) as well as the notification by the Probation Service that a bed is available at Cordova Center.

   Dated at Anchorage, Alaska, this 20th day of June, 2006.

                                 **REDACTED SIGNATURE**

                                 _____
                                 John W. Sedwick
                                 U.S. District Judge

RELEASE ORDER
[~4840506.wpd]{RELEASE.WPD*Rev.2/97}