DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-0099-04-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STATUS REPORT |
| vs. | ) | |
| | ) | |
| MICHAEL McGEEHAN TUCKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The United States of America, by and through its counsel of record, notifies the court that the parties have spoked telephonically in this case, discussing not only potential trial dates, but also a potential resolution. The parties hope to file a

final status report with the court no later than July 24, 2006.

RESPECTFULLY SUBMITTED this 11th day of July, 2006, in Anchorage, Alaska.

                    DEBORAH M. SMITH
                    Acting United States Attorney

                    s/ Retta-Rae Randall
                    Assistant U.S. Attorney
                    Federal Building & U.S. Courthouse
                    222 West Seventh Avenue, #9
                    Anchorage, Alaska  99513-7567
                    Phone: (907) 271-5071
                    Fax: (907) 271-1500
                    E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2006, a copy of the foregoing was served electronically on David R. Weber.

s/Retta-Rae Randall