IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | |
| JASMINE DANIELLE HOLLIMAN, ) SARAH ROSE NOBLE, HILARY ) JEANETTE PATTERSON, and ) MICHAEL McGEEHAN TUCKER, ) | Case No.: A05-099 Cr. (JWS) |
| Defendants ) | |

**EXPEDITED UNOPPOSED MOTION FOR MODIFICATION OF BAIL AND MEMORANDUM IN SUPPORT THEREOF**

COMES NOW Michael Tucker, by and through counsel David R. Weber, of the firm of Vasquez & Weber, P.C., and submits this, his Expedited Unopposed Motion For Modification Of Bail And Memorandum In Support Thereof. This motion is unopposed by the Office of the United States Attorney. It is believed that the United States Probation Office does not oppose the proposed release with the noted modifications of conditions.

The major modification is Mr. Tucker's release to live with his mother, Ms. Julia Tucker. Ms. Tucker has consented to Mr. Tucker's living in her home. She has been impressed by his securing employment and the improvement in his disposition over the last several months. Ms. Tucker's address is:

    4700 Newcastle Way
    Anchorage, Alaska 99503
    (907) 770-6288

Ms. Tucker will assist Mr. Tucker in making his Court dates, U.S. Probation appointments and in getting to work. She is supportive of a drug-testing regimen for Mr. Tucker. Ms. Tucker cannot perform the formal services of a third party custodian, however: she is employed as counsel to the Municipal Assembly.

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123
VW.LAW@ACSALASK.NET

1  The changes requested by U.S. Probation, and agreeable to Mr. Tucker, are:1) No consumption of Alcohol; and 2) Seek and/or maintain employment. As Mr. Tucker is 20 years of age he is not privileged to drink alcohol (unless Ms. Tucker were to provide it) and he does not object to the addition of this provision. Mr. Tucker is employed at Sullivan's, which will hold his job until July 16, 2006 if Mr. Tucker can be released. Consequently, Mr. Tucker does not object to that condition either. In all other respects, the bail conditions would remain the same.

Mr. Tucker requests expedited consideration of this request for two reasons. First, as noted above, his job will only be held for him until July 16, 2006. It is a good job in comparison to Mr. Tucker's previous jobs and it would be helpful if Mr. Tucker could retain it. Second, Mr. Tucker is seeking to resolve this matter with the Government. Resolved or unresolved, Mr. Tucker has already spent more time in jail than he is likely to be assessed upon settlement or conviction and sentencing after trial.

Counsel's signature below is his attestation that the facts set forth herein are true and correct to the best of his knowledge and belief, formed after due inquiry.

Respectfully submitted this 12th day of July 2006.

>Vasquez & Weber, P.C.
>Attorneys for Michael Tucker
>S/: David R. Weber,
>943 West 6th Ste. 132
>Anchorage, Alaska 99502
>(907) 279-9122/9123 fax
>vw.law@acsalaska.net
>Ak. Bar Assn. No. 8409083

CERTIFICATE OF SERVICE

I certify that on July 12, 2006 electronic service of a copy of this Expedited Unopposed Motion For Modification Of Bail And Memorandum In Support Thereof was provided to the Court for all counsel of record pursuant to Criminal Rule 49(b), Civil Rule 5(b)(2)(D) and Local Rules 5, 5.1(a) and 5.2(c)(2).

S/: David R. Weber