IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>                    Plaintiff,              )<br>                                                            )<br>              vs.                                       )<br>                                                            )<br>JASMINE DANIELLE HOLLIMAN,  )<br>SARAH ROSE NOBLE, HILARY      )<br>JEANETTE PATTERSON, and       )<br>**MICHAEL McGEEHAN TUCKER**, )<br>                                                            )<br>                    Defendants              ) | Case No.: A05-099 Cr. (JWS) |

## **PROPOSED**
## **ORDER MODIFYING BAIL CONDITIONS**

FOR GOOD CAUSE SHOWN, and after having considered the submissions and arguments of counsel, it is hereby ORDERED that Mr. Tucker's Expedited Unopposed Motion For Modification Of Bail Conditions is GRANTED. Mr. Tucker is released from custody on the following terms and conditions.

1. Mr. Tucker shall reside in the home of Ms. Julia Tucker, 4700 Newcastle Way Anchorage, Alaska 99503 (907) 770-6288.
2. Mr. Tucker shall obey Ms. Tucker's house rules.
3. Mr. Tucker shall seek and/or maintain employment.
4. Mr. Tucker shall not consume alcoholic beverages.
5. Mr. Tucker shall abide by the conditions of release in this matter filed at Docket 47, as modified by this Order

SO ORDERED this _____ day of _____ 2006.

_____
Honorable John W. Sedwick
United States District Court Judge

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122     FACSIMILE (907) 279-9123
VW.LAW@ACSALASK.NET