MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *MICHAEL MCGEEHAN TUCKER*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:05-cr-00099 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: July 17, 2006

The motion at docket 171 to modify conditions of release is **DENIED.**

The court would look more favorably on a renewed motion to modify the conditions of release if the renewed motion were to include, as proposed additional conditions, a provision for a drug and alcohol abuse assessment and a provision for participation in any follow up program that might be recommended as a result of the assessment, along with the change requested in the motion at docket 171.