Vasquez & Weber, P.C.
943 West Sixth Avenue, Suite 132
Anchorage, Alaska 99501
(907) 279-9122   Facsimile (907) 279-9123
vw.law@acsalask.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| JASMINE DANIELLE HOLLIMAN, SARAH ROSE NOBLE, HILARY JEANETTE PATTERSON, and **MICHAEL McGEEHAN TUCKER**, | ) | Case No.: 3:05-cr-00099 (JWS) |
| Defendants | ) | |

**ORDER MODIFYING BAIL CONDITIONS**

FOR GOOD CAUSE SHOWN, and after having considered the submissions and arguments of counsel, it is hereby ORDERED that Mr. Tucker's Expedited Unopposed Motion For Modification Of Bail Conditions is GRANTED. Mr. Tucker is released from custody on the following terms and conditions.

1. Mr. Tucker shall reside in the home of Ms. Julia Tucker, 4700 Newcastle Way Anchorage, Alaska 99503 (907) 770-6288.
2. Mr. Tucker shall obey Ms. Tucker's house rules.
3. Mr. Tucker shall seek and/or maintain employment.
4. Mr. Tucker shall not consume alcoholic beverages.
5. Mr. Tucker shall obtain a drug and alcohol abuse assessment.
6. Mr. Tucker shall participate in any follow up program that might be recommended as a result of the drug and alcohol abuse assessment.
7. Mr. Tucker shall abide by the conditions of release in this matter filed at Docket 47, as modified by this Order

FURTHER ORDERED that, for good cause shown and after having weighed the public interest and the need for disclosure against the potential injury to the patient, the physician-patient relationship, and to the treatment services, any

and all drug and/or alcohol assessment providers and any and all drug and/or alcohol treatment program providers providing assessments or services to Mr. Tucker shall, pursuant to 42 U.S.C. § 290ee-3(b)(2)(C) and upon request of the United States Probation Office, answer the following questions concerning Mr. Tucker's drug and alcohol assessment and treatment:

1. Has Mr. Tucker undertaken and completed a drug and alcohol abuse assessment? and

2. Is Mr. Tucker currently participating in any follow up program recommended as a result of the drug and alcohol abuse assessment?

SO ORDERED this 20th day of July 2006.

/s/
Honorable John W. Sedwick
United States District Court Judge