DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-0099-04-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STATUS REPORT |
| vs. | ) | |
| | ) | |
| MICHAEL McGEEHAN TUCKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     The United States of America, by and through its counsel of record, notifies the court that the parties have spoked telephonically in this case, and the parties request an extension of time until September 6, 2006, to file a final status report. Defense counsel will be out-of-district from July 31, 2006, through August 21, 2006,

and counsel for the government will be out-of-district August 18, 2006, through August 28, 2006.

A potential resolution of this case involves negotiations with the State of Alaska thus requiring the need for additional time. If a resolution is reached prior to July 31, 2006, the court will be immediately notified.

RESPECTFULLY SUBMITTED this 24th day of July, 2006, in Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Retta-Rae Randall
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 West Seventh Avenue, #9
> Anchorage, Alaska  99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2006, a copy of the foregoing was served electronically on David R. Weber.

s/Retta-Rae Randall