NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-0099-04-JWS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STATUS REPORT |
| vs. | ) | |
| | ) | |
| MICHAEL McGEEHAN TUCKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The United States of America, by and through its counsel of record, requests the court to set a status conference or trial setting conference with the parties.

    Michael Tucker has been indicted with two other co-defendants in state court on charges arising out of the in-state theft and sale of stolen coins from Oxford Coins. A potential resolution of the federal case may result from a resolution of the state

charges, however undersigned counsel has not been able to ascertain the status of the state case, or communicate directly with defense counsel.

Wherefore, a status conference or trial setting conference with the parties is requested.

RESPECTFULLY SUBMITTED this 6th day of September, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

  s/ Retta-Rae Randall
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2006,
a copy of the foregoing was served
electronically on David R. Weber.

s/Retta-Rae Randall