NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-099-4-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STATUS REPORT** |
| | ) | |
| MICHAEL MCGEEHAN TUCKER, | ) | *FILED ON SHORTENED TIME* |
| | ) | |
| Defendant. | ) | |

The United States of America, by Retta-Rae Randall, Assistant United States Attorney, wishes to inform the court that the defendant is scheduled to appear in Alaska State Court on Monday, October 16, 2006, at 2:00 p.m. for a change of plea and sentencing on charges arising out of those currently pending in this case which is set for trial in federal court on Monday, October 23rd, 2006.  Upon receipt of the documentation reflecting the conclusion of the state charge, the United States expects to be file a dismissal in this case. This Status Report has been filed after consultation with defense counsel.

DATED at Anchorage, Alaska, this 13th day of October, 2006.

NELSON P. COHEN
United States Attorney


 s/ Retta Rae Randall
RETTA-RAE RANDALL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2006,
a copy of the foregoing  was served
electronically on David R. Weber.

s/Retta-Rae Randall