MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA* v. *MICHAEL McGEEHAN TUCKER*

THE HONORABLE JOHN W. SEDWICK              CASE NO. 3:05-cr-00099 JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date:  October 13, 2006

  The court has reviewed the status report at docket 192.  It seems highly probable that this case will be dismissed.  The court notes that the state court proceeding will be on Monday, October 16, 2006.  The assigned judge will be leaving the District on Wednesday, October 18, 2006, so the United States is directed to file its motion to dismiss or notice that it is not going to dismiss on October 16, 2006, if possible, and if not, then on the morning of October 17, 2006.