NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  3:05-cr-0099-04-JWS |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION TO DISMISS** |
| vs. ) | |
| ) | |
| MICHAEL McGEEHAN TUCKER, ) | **FILED ON SHORTENED** |
| ) | **TIME** |
| Defendant. ) | |
| ) | |

The United States of America, by and through undersigned counsel, respectfully requests the court to enter an order, pursuant to Rule 48(a) of the Federal

Rules of Criminal Procedure, dismissing Count I of the First Superseding Indictment returned on December 13, 2005, against the defendant, Michael McGeehan Tucker, in this case.

The Government seeks dismissal of Count I of the First Superseding Indictment against the defendant herein because on October 16, 2006, he entered a guilty plea in The District Court for the State of Alaska at Anchorage to a charge of Theft in the Third Degree and has made restitution to the victim with the delivery of sixteen (16) 1 oz. Australian gold coins. He has also been placed on probation for three years, with a sentence of 180 days in jail, the 180 days suspended. The conviction in state court arises out of the same facts underlying Count I of the First Superseding Indictment.

Wherefore, the United States moves to dismiss Count 1 of the First Superseding Indictment against the defendant herein, and moves to vacate the trial set for October 23, 2006. The defense is not opposed to this motion.

// //

// //

// //

// //

RESPECTFULLY submitted this 16th day of October, 2006, at Anchorage, Alaska.

          NELSON P. COHEN
          United States Attorney

          s/ Retta Rae Randall
          RETTA-RAE RANDALL
          Assistant United States Attorney
          Federal Building & U.S. Courthouse
          222 West Seventh Avenue, #9, Rm 253
          Anchorage, Alaska  99513-7567
          Phone: (907) 271-5071
          Fax: (907) 271-1500
          Email: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2006, a copy of the foregoing was served electronically on David R. Weber.

s/ Retta-Rae Randall