IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-0099-04-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER REGARDING** |
| v. | ) | **MOTION TO DISMISS** |
| | ) | |
| MICHAEL McGEEHAN TUCKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the Motion filed by the United States for dismissal of Count I of the First Superseding Indictment returned on December 13, 2005, against defendant Michael McGeehan Tucker,

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Count I of the First Superseding Indictment returned on December 13, 2005, against the defendant Michael McGeehan Tucker is DISMISSED.  The trial date of October 23, 2006, is vacated.

IT IS SO ORDERED.

DATED this ____ day of October, 2006, at Anchorage, Alaska.

_____
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE