IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-0099-04-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER REGARDING** |
| v. | ) | **MOTION TO DISMISS** |
| | ) | |
| MICHAEL McGEEHAN TUCKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the Motion filed by the United States for dismissal of Count I of the First Superseding Indictment returned on December 13, 2005, against defendant Michael McGeehan Tucker,

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Count I of the First Superseding Indictment returned on December 13, 2005, against the defendant Michael McGeehan Tucker is DISMISSED.  The final pretrial conference set for October 23, 2006 at 8:30 a.m., and the trial by jury set for October 23, 2006 at 9:00 a.m. are vacated.

IT IS SO ORDERED.

DATED this 18  day of October, 2006, at Anchorage, Alaska.


/s/ JOHN W. SEDWICK
JOHN W. SEDWICK
UNITED STATES DISTRICT  JUDGE