UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL MCGEEHAN TUCKER,<br><br>            Defendant. | Case No. 3:05-cr-00099-04-JWS |

## JUDGMENT OF DISCHARGE

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    __XX__  The court has granted the motion of the government for dismissal with prejudice; of the offense of Conspiracy as charged in count 1 of the First Superseding Indictment.

    **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged.

    **DATED** at Anchorage, Alaska, this 18 day of October, 2006.

**REDACTED SIGNATURE**
_____
JOHN W. SEDWICK
United States District Judge

[]{DISCHARG.WPD*Rev.07/03}